IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

JOHN BRILEY                                                                                          PETITIONER

VS.                               CASE NO. 5:06CV00029 JMM

LARRY NORRIS, Director,
Arkansas Department of Correction                                                    RESPONDENT

## ORDER

The Court has received proposed findings and recommendations from United States Magistrate Judge Henry L. Jones, Jr. There have been no objections. After careful review, the Court concludes that the findings and recommendations should be, and are hereby, approved and adopted as this Court's findings in all respects in their entirety. Judgment shall be entered accordingly.

SO ORDERED this   4th   day of   August  , 2008.

_____
UNITED STATES DISTRICT JUDGE