IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

JOHN BRILEY                                                                    PETITIONER

VS.                              CASE NO. 5:06CV00029 JMM

LARRY NORRIS, Director,
Arkansas Department of Correction                                    RESPONDENT

## JUDGMENT

Pursuant to the Order entered in this case on this date, IT IS CONSIDERED, ORDERED and ADJUDGED that Respondent's Motion to Dismiss be, and it is hereby, granted. The petition is dismissed without prejudice.

SO ADJUDGED this   4th   day of   August  , 2008.

_____
UNITED STATES DISTRICT JUDGE